UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>RAYTHEON CO., *et al.*,<br><br>Defendant. | Civil Action No. 21-2343 (JMC)<br><br>**<u>UNDER SEAL</u>** |

### THE UNITED STATES' NOTICE OF INTERVENTION
### <u>FOR PURPOSES OF SETTLEMENT</u>

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby intervenes for settlement purposes against defendants Raytheon Co., Raytheon Technologies Corp. a/k/a United Technologies Corp., and Raytheon Cyber Solutions, Inc. ("Defendants").

The United States and Defendants have reached an agreement ("Settlement Agreement") to resolve allegations that Defendants violated the False Claims Act, 31 U.S.C. § 3729 *et seq*. In light of this agreement, and for the purpose of effectuating and formalizing that resolution, the United States respectfully advises the Court of its decision to intervene for the purposes of settlement as to certain civil claims for violations of the False Claims Act, as defined by the Covered Conduct in the Settlement Agreement.

Under the terms and conditions of the Settlement Agreement, the United States and Relator will promptly file a Joint Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1), after the United States and Relator receive the required payments from



**RECEIVED**

APR 7 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Defendants as provided for by the terms of the Settlement Agreement.

The Government requests that the Relator's Amended Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

        Respectfully submitted,

        YAAKOV M. ROTH
        Acting Assistant Attorney General

        EDWARD R. MARTIN, JR.
        United States Attorney

By:   /s/ *Darrell C. Valdez*
        DARRELL C. VALDEZ (D.C. Bar #420232)
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        601 D Street, NW
        Washington, DC 20530
        (202) 252-2507
        Darrell.Valdez@usdoj.gov

        JAMIE A. YAVELBERG
        SARA MCLEAN
        KIMBERLY FRIDAY
        Attorneys, Civil Division
        Department of Justice
        175 N Street, NE
        Washington, DC 20002
        (202) 451-7655

        *Counsel for the United States*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April 2025, a true and correct copy of the above and foregoing United States' Notice of Intervention for Purposes of Settlement and proposed Order was served through electronic mail to:

> David Berg
> Berg & Androphy
> dberg@bafirm.com
> *Counsel for Relator*

Because this action is under seal pursuant to 31 U.S.C. § 3730, the Defendants have not been served with copies of the foregoing Notice.

*Darrell C. Valdez*
DARRELL VALDEZ
Assistant United States Attorney